## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Al J. Robert, Jr.
Attorney at Law
757 St. Charles Ave., Ste 301
New Orleans LA 70130

David Jefferson Dye
Attorney at Law
1204 Napoleon Ave
New Orleans LA

**REHEARING ACTION: December 28, 2016**

**Docket Number: 16   00433-CA**

**STERLING TIMBER ASSOCIATES, LLC**
**VERSUS**
**UNION GAS OPERATING CO., ET AL.**

**Appealed from Allen Parish Case No. C-2013-431**

**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. John D. Saunders
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the "Application

for En Banc Rehearing, or, in the Alternative, for Panel Rehearing" filed by **Sterling**

**Timber Associates, LLC** has this day been

      **DENIED.**

cc: Michael S. Heier, Counsel for the Appellee
    Michael Bruce Holmes, Counsel for the Appellee
    Michael Warren Mengis, Counsel for the Appellee
    Joshua C. Thomas, Counsel for the Appellee
    Michael J. Williamson, Counsel for the Appellee